**This document was signed electronically on August 14, 2009,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: August 14, 2009**

**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Hardy Felder III | ) Chapter 13 Case No. 04-22001-M |
| | XXX-XX-7364 | ) |
| | | ) Hon. Pat E. Morgenstern-Clarren |
| | | ) |
| | Debtor | ) |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for hearing on August 11, 2009 upon the Trustee's Motion to Dismiss Case for Failure to Fund ("Trustee's Motion"), and upon the Objection thereto filed by the debtor. The Objection to Trustee's Motion filed by the debtor is hereby overruled.

The Trustee's Motion is granted, and the case is hereby dismissed for the following reason(s):

X    The Debtor is in material default in funding the Plan. The Debtor received notice that failure to make required plan payments could result in dismissal without further notice or hearing through the "Additional Notices for Chapter 13 Cases in Cleveland, Ohio" attached to the court-issued "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines."

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
_____
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**SERVICE LIST**

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Priscilla Schnittke, Attorney for Debtor (served via ECF)

Hardy Felder III, Debtor
1486 E 260th St Apt 2108
Euclid OH 441323181

Cuyahoga County Juvenile Division, Employer
Attn:  Payroll, 4321 Green Road
Highland Hills OH 44128

CS/bas
08/14/09